**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00454-CR

**WILLIAM THOMAS NICHOLAS JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court **DENIES** appellant's November 2, 2015 motion to compel.

Nonetheless, we **ORDER** the Clerk of the Court to send a copy of the State's brief to

William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo,

Texas, 79107-9606.


/s/     LANA MYERS
           JUSTICE